IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:08cr146WHB-JCS

LITON KENDELL MAGEE

## ORDER OF DISMISSAL
## COUNTS 2-6

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2-6 of the Criminal Indictment against the defendant, LITON KENDELL MAGEE, without prejudice.

STAN HARRIS
Acting United States Attorney

Date:   April 28, 2009          By:   s/ Erin O. Chalk
                                      Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2-6.

ORDERED this the 4th day of May, 2009.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE